# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **EMBASSA HAGUAS,** | ) | |
| | ) | |
| **PETITIONER** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 2:12-CV-42-DBH** |
| | ) | |
| **STATE OF MAINE,** | ) | |
| | ) | |
| **RESPONDENT** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 28, 2012, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on 28 U.S.C. § 2254 Petition. The petitioner filed an objection to the Recommended Decision on August 8, 2012. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner is **DENIED** relief under 28 U.S.C. § 2254 **WITH PREJUDICE**. A certificate of appealability shall not issue in the event the petitioner files a notice of appeal because there is no substantial

showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c).

**SO ORDERED.**

**DATED THIS 9TH DAY OF AUGUST, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

2